UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:24-cv-00743-MAA                                                      Date: May 13, 2025

Title      Avraham Nassy v. The Integer Group, LLC et al

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (in Chambers):**   **ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

This civil action was filed on December 23, 2023 in the Los Angeles County Superior Court and removed to this Court on January 26, 2024. (ECF No. 1.) On February 13, 2024, the parties consented to proceed before Magistrate Judge Maria A. Audero for all purposes, upon which the case was so reassigned. (ECF No. 14.) On March 11, 2024, the Court set the schedule for the litigation of this case, including the following dates pertinent here:

- May 7, 2025:  first round of trial filings
- June 4, 2025:  second round of trial filings
- July 1, 2025:  final pretrial conference
- July 22, 2025:  jury trial, estimated to last five (5) days

(ECF No. 18.) No request to extend these dates has been filed; as such, these dates remain in effect.

As of the date of this Order, the first round of trial filings has not been filed. Accordingly, Plaintiff is **ORDERED** to show cause in writing, **by no later than May 20, 2025**, why this case should not be dismissed for failure to prosecute and for failure to comply with court orders. This Order to Show Cause may be discharged through: (1) the filing of the first round of trial filings; (2) a voluntary request for dismissal; or (3) a notice of settlement of case.

It is so ordered.